———o———

HENRY CORDELL, PUB. ADM'R, Respondent, *vs.* FIRST NATIONAL BANK OF KANSAS CITY, Appellant.

1. *Certificate of deposit, interest on, after due—Judgment of affirmance with damages.*—Where a certificate of deposit by its terms matures six months after date, and is to bear six per cent. interest from date, it will continue to bear the same rate of interest until paid. And where a bank brings up a plain case like this, the judgment will be affirmed with ten per cent. damages.

*Appeal from Jackson County Circuit Court.*

*Tomlinson & Ross*, for Appellant, cited : Payne vs. Clark, 23 Mo. 259 ; Pars. N. & B., Vol. 2, p. 393 ; Ewd. B. & N., 2 Ed. 348, star paging.

*A. Comingo*, for Respondent.

SHERWOOD, C. J., delivered the opinion of the court.

The only question presented is, whether a certificate of deposit, payable six months after date with interest from date at six per cent. per annum, continues to bear that rate of interest, after the arrival of its maturity, although not presented when that period arrives.

An affirmative answer to just this question was returned by this court, twenty-one years ago, in Payne vs. Clark, 23 Mo. 259.

Judgment affirmed, with ten per cent. damages. All the other judges concur.